

# ANNIE REBECCA ELLIOTT
## DISTRICT CLERK

**MAILING**
301 Jackson Street
Richmond, Texas  77469
Telephone: (281) 341-4502

**PHYSICAL**
1422 Eugene Heimann Circle
Richmond, Texas  77469
Fax:  (281)-341-4519

http://www.fortbendcountytx.gov
Departments – District Clerk

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/2/2015 3:08:08 PM
CHRISTOPHER A. PRINE
Clerk

**March 02, 2015**

To:  The Clerk of the Court of Appeals for the **First Court of Appeals** Supreme Judicial District (Civil Appeal)

Trial Court No:   **13-DCV-205778**              From the **268th Judicial District Court** Fort Bend County, Texas

Judge Presiding: **Brady G Elliott**              Court Reporter: **Mindy Hall**

Appellant(s):  **KENDRICK DONAHOE**          **VS**      Appellee(s):  **DANNY JONES**

| *Attorney for Appellant(s)* | *Attorney For Appellee(s)* |
|---|---|
| **Sarah Sue Doezema** | **Clara M. Toman** |
| SBN: 24063259 | SBN: 24047856 |
| Doezema & Associates | David Black & Associates |
| 3607 Old Spanish Trail Ste E | 1221 Lamar Suite 900 |
| Houston Tx  77021 | Houston Tx  77010 |
| Telephone: 713-878-0442 | Telephone: 713-437-8200 |
| Facsimile:  713-904-2434 | Facsimile:   855-460-3974 |
| E-mail: Sarah@Doezemalaw.com | E-mail: |
| Attorney for:    Kendrick Donahoe, Appellant | Attorney for:    Danny Jones, Appellee |

| | |
|---|---|
| Date of Judgment/Appealable Order**:     2/13/15** | Nature of Action: **Injury Or Damage Involving Motor Vehicle** |
| Disposition of Case: **Pending 04/18/2013** | Jury Trial: **No** |
| | |
| Notice of Appeal Filed On: **February 27, 2015** | |

Signed **on this the 2nd day of March, 2015**.

**ANNIE REBECCA ELLIOTT**
**FORT BEND COUNTY DISTRICT CLERK**
**301 JACKSON, RICHMOND, TEXAS 77469**

By:      /s/ Lisa Tucker
Deputy District Clerk Lisa Tucker
Telephone: 281-341-4502

Electronically Filed with the First Court of Appeals

cc:      Sarah Sue Doezema
Clara M. Toman
Mindy Hall, 268th Court Reporter

Filed
2/27/2015 2:53:59 PM
**Annie Rebecca Elliott**
District Clerk
Fort Bend County, Texas
Lisa Tucker

**Cause No. 13-DCV-205778**

| | | |
|---|---|---|
| **KENDRICK DONAHOE,** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff.* | § | |
| | § | |
| v. | § | **268ᵗʰ JUDICIAL DISTRICT** |
| | § | |
| **DANNY JONES,** | § | |
| | § | |
| *Defendant.* | § | **OF FORT BEND COUNTY,  TEXAS** |
| | § | |

<u>PLAINTIFF'S NOTICE OF APPEAL</u>

1.  PLAINTIFF, KENDRICK, desires to appeal from the FINAL JUDGMENT signed by the Court on February 13, 2015.

2.  Plaintiff appeals to either the First or the Fourteenth Court of Appeals.

3.  The appeal of this case is an accelerated appeal.


Respectfully submitted,

DOEZEMA & ASSOCIATES, PLLC

/s/ Sarah S. Doezema
By: SARAH S. DOEZEMA
TBX#24063259
3607 Old Spanish Trail, Suite E
Houston, Texas 77021
713.492.2460 (Tel)
713.904.2434 (Fax)
Sarah@Doezemalaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing response to Plaintiff's Notice of Appeal along was sent by facsimile at to all interested parties on February 27, 2015:


/s/ Sarah S. Doezema
SARAH DOEZEMA